UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN, | Case No. CV-16-040-BU-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| FDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED by the Court finding in favor of the Defendant and against the Plaintiff.

Dated this 7th day of February, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk