IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>Defendant. | CV 16-40-BU-BMM-JCL<br><br><br>ORDER |

On May 3, 2017, Plaintiff David Braun, appearing pro se, filed a motion

requesting clarification as to the status of objections he filed to the Court's two

Orders entered September 6, 2016, and January 30, 2017. The referenced Orders

denied Braun's motions requesting the Court compel the Federal Office of

Management and Budget to take certain action. Braun complains that his

objections to the two Orders were never addressed, and he contends the objections

remain pending for resolution.

But by Order entered February 7, 2017, the Court dismissed this action, and

final judgment in favor of Defendant was entered that same date. The entry of

judgment closed this case and rendered Braun's objections to the two Orders

denying his motions to compel moot.  Therefore, IT IS ORDERED Braun's

motion for clarification is DENIED.

DATED this 3rd day of May, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge